IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KAMING KAREEM, JR.**                                                                 **PLAINTIFF**

VS.                         **4:18CV00756-BRW**

**DOC HOLLADAY, Sheriff,**
**Pulaski County Jail, Detention Center; and**
**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY**                                            **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 6th day of February, 2019.

                                                             /s/ Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).